UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
                       Plaintiff,   :
      - against -   :  ECF case
                       :  (electronically filed)
NELSON J. OBUS,   :
PETER F. BLACK,   :
THOMAS BRADLEY STRICKLAND,   :  06 Civ. 3150 (GBD)
                       :
             Defendants, and   :  **NOTICE OF DEFENDANT**
                       :  **PETER F. BLACK'S MOTION**
WYNNEFIELD PARTNERS SMALL   :  **FOR SUMMARY JUDGMENT**
    CAP VALUE L.P.,   :
WYNNEFIELD PARTNERS SMALL   :
    CAP VALUE L.P. I,   :
WYNNEFIELD PARTNERS SMALL   :
    CAP VALUE OFFSHORE FUND, LTD.,   :
                       :
             Relief Defendants.   :
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon (i) the Declaration of Mary Kay Dunning dated September 11, 2009, with exhibits attached thereto, (ii) Defendant Peter F. Black's, Defendant Nelson J. Obus', and Defendant Thomas Bradley Strickland's Joint Local Rule 56.1 Statement of Undisputed Material Facts as to Which There is No Genuine Issue to be Tried, (iii) Defendant Peter F. Black's Memorandum of Law in Support of His Motion for Summary Judgment, (iv) Defendant Nelson J. Obus' Memorandum of Law in Support of His Motion for Summary Judgment, and (v) all prior papers, pleadings, and proceedings in this action, Defendant Peter F. Black ("Black"), by his undersigned attorneys, Cohen & Gresser LLP, will move on a date convenient to this Court, before the Honorable George B. Daniels, in Courtroom 21D at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an

Order (i) pursuant to Fed. R. Civ. P. 56, granting summary judgment against Plaintiff Securities and Exchange Commission, and (ii) granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers are required to be served upon the undersigned on October 13, 2009.

Dated:  New York, New York
        September 11, 2009

                        Respectfully submitted,

                        **COHEN & GRESSER LLP**

                        By:_____/s/_____
                            Mark S. Cohen (MC 9055)
                            Sandra C. McCallion (SM 0833)
                            Oliver S. Haker (OH 6343)
                            100 Park Avenue, 23rd Floor
                            New York, NY 10017
                            (212) 957-7600
                            mcohen@cohengreser.com
                            smccallion@cohengresser.com
                            ohaker@cohengresser.com

                        *Attorneys for Defendant Peter F. Black.*

To:  U.S. SECURITIES AND EXCHANGE COMMISSION
     Terence M. Healy
     100 F Street, N.E.
     Washington, DC 20549
     (202) 551-4640

     *Attorney for Plaintiff*

        - and -

GIBSON DUNN & CRUTCHER LLP
Joel M. Cohen
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Defendant Nelson Obus*

SERCARZ & RIOPELLE, LLP
Roland G. Riopelle
152 West 57th Street, Suite 24C
New York, New York 10010
(212) 586-4900

*Attorneys for Defendant Thomas Bradley Strickland*