```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,          :
                                             :
                            Plaintiff,       :   06 Civ. 3150 (GBD)
      - against -                            :
                                             :   ECF Case
NELSON J. OBUS,                              :
PETER F. BLACK,                              :
THOMAS BRADLEY STRICKLAND,                   :
                                             :
                            Defendants, and  :
                                             :
WYNNEFIELD PARTNERS SMALL                    :
     CAP VALUE L.P.,                         :
WYNNEFIELD PARTNERS SMALL                    :
     CAP VALUE L.P. I,                       :
WYNNEFIELD PARTNERS SMALL                    :
     CAP VALUE OFFSHORE FUND, LTD.,          :
                                             :
                            Relief Defendants.:
------------------------------------------------------------------ x
```

## NOTICE OF DEFENDANT NELSON OBUS'S
## MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants' Joint Local Rule 56.1 Statement of Undisputed Facts Material Facts as to Which There is No Genuine Issue to be Tried in Support of Their Motions for Summary Judgment, the Declaration of Mary Kay Dunning, and together with the annexed exhibits, Defendant Nelson Obus, by his undersigned counsel, will move this Court on a date convenient to this Court before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21D, 500 Pearl Street, New York, New York 10007-1312, on a date and at a time to be determined by the Court, for an order for summary judgment on each and every count in Plaintiff's complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure.

1

PLEASE TAKE FURTHER NOTICE that, pursuant to order of this Court, opposition papers are due on October 13, 2009.

Dated:  New York, New York
        September 11, 2009

                                            Respectfully submitted,

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By: _____/s/_____

                                                Joel M. Cohen (JC 9162)
                                                Richard A. Bierschbach (RB 7861)
                                                Mary Kay Dunning (MD 9803)
                                                Siham Nurhussein (SN 9379)

                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 351-4000

                                            *Attorneys for Defendant Nelson Obus*

To:     U.S. SECURITIES AND EXCHANGE COMMISSION
          Terence M. Healy
          100 F Street, NW
          Washington, DC 20549
          Telephone:  (202) 551-4640

          *Attorney for Plaintiff*

              - and -

          COHEN & GRESSER LLP
          Mark S. Cohen (MC 9055)
          Sandra C. McCallion (SM 0833)
          Oliver S. Haker (OH 6343)
          100 Park Avenue, 23rd Floor

New York, NY 10017
Telephone: (212) 957-7600

*Attorneys for Defendant Peter S. Black*

SERCARZ & RIOPELLE, LLP
Roland G. Riopelle (RR 2950)
152 West 57th Street, Suite 24C
New York, NY 10010
Telephone: (212) 586-4900

*Attorney for Defendant Thomas Bradley Strickland*