UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
:
                      Plaintiff,     :
  - against -                          :    ECF case
                                        :    (electronically filed)
NELSON J. OBUS,                         :
PETER F. BLACK,                         :
THOMAS BRADLEY STRICKLAND,    :    06 Civ. 3150 (GBD)
:
                  Defendants, and   :
:
WYNNEFIELD PARTNERS SMALL     :
    CAP VALUE L.P.,                 :
WYNNEFIELD PARTNERS SMALL
    CAP VALUE L.P. I,               :
WYNNEFIELD PARTNERS SMALL
    CAP VALUE OFFSHORE FUND, LTD., :
:
                  Relief Defendants. :
------------------------------------------------------------------x

### REPLY MEMORANDUM OF DEFENDANT
### THOMAS BRADLEY STRICKLAND

**SERCARZ & RIOPELLE, LLP**

Roland G. Riopelle (RR 2950)
152 W. 57th Street
New York, New York 10019
(212) 586-4900

Defendant Thomas Bradley Strickland respectfully submits this memorandum in support of the defendants' motion for summary judgment, and hereby joins in the arguments made in the reply memorandum previously submitted by his co-defendants Nelson Obus and Peter F. Black. For all the reasons stated in the Reply Memorandum submitted by Obus and Black, and for the reasons previously stated in the briefs filed by the defendants, the Court should grant summary judgment to all the defendants herein.

Dated: New York, New York
November 2, 2009

SERCARZ & RIOPELLE, LLP

By: _____
Roland G. Riopelle (RR 2950)
152 W. 57th Street, Suite 24C
New York, NY 10019
(212) 586-4900

*Attorneys for Defendant Thomas Bradley Strickland*

1