UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,   :
:
                Plaintiff(s),   :
:
                against   :   06 Civ. 3150 (GBD)
:
NELSON J. OBUS,   :
PETER F. BLACK,   :
THOMAS BRADLEY STRICKLAND   :
:
                Defendant(s).   :
:
WYNNEFIELD PARTNERS SMALL CAP VALUE L.P.,   :
WYNNEFIELD PARTNERS SMALL CAP VALUE L.P. I,   :
WYNNEFIELD PARTNERS SMALL CAP VALUE   :
OFFSHORE FUND, LTD.,   :
:
                Relief Defendants   :
------------------------------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

☒    I have cases pending       ☐    I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:
Mark S. Cohen

☒    Attorney

      ☒    I am a United States District Court, Southern District of New York attorney.  My SDNY Bar Number is: MC 9055  My State Bar Number is: 2162456

      ☐    I am a Pro Hac Vice Attorney

      ☐    I am a Government Agency attorney

☒    Law Firm/Government Agency Association

   From:   100 Park Avenue, 23rd Floor, New York, NY 10017

   To:   800 Third Avenue., 21st Floor, New York, NY 10022

☒    I will continue to be counsel of record on the above- entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above- entitled case.  An order withdrawing my   appearance was entered on _____ by Judge _____.

☒ Address:              800 Third Avenue, 21st. Floor, New York, NY 10022

☒ Telephone No:         (212) 957-7600
☒ Fax No.:              (212) 957-4514
☒ E-Mail Address:       mcohen@cohengresser.com

Dated: 7/22/2010

_____
ATTORNEY'S SIGNATURE