UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED U.S. DC
NOV 19 2010
S.D. OF N.Y.

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION<br>Plaintiff,<br><br>-v.-<br><br>NELSON J. OBUS, PETER F. BLACK,<br>THOMAS BRADLEY STRICKLAND,<br>Defendants, and<br><br>WYNNEFIELD PARTNERS SMALL CAP VALUE L.P.,<br>WYNNEFIELD PARTNERS SMALL CAP VALUE L.P. I,<br>WYNNEFIELD PARTNERS SMALL CAP VALUE<br>OFFSHORE FUND, LTD.,<br>Relief Defendants. | No. 06-cv-3150 (GBD)<br><br>ECF Case |

### NOTICE OF APPEAL

Notice is hereby given that plaintiff the Securities and Exchange Commission appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on September 29, 2010 (Dkt. 78), granting judgment in favor of defendants Nelson J. Obus, Peter F. Black, and Thomas Bradley Strickland.

| Counsel for T. Bradley Strickland:<br>Roland Gustaf Riopelle<br>Sercarz & Riopelle, L.L.P.<br>152 West 57th Street, 24th Floor<br>New York, NY 10019 | Counsel for Peter Black:<br>Sandra C. McCallion<br>Cohen & Gresser, LLP<br>800 Third Avenue 21st, Floor<br>New York, NY 10022 |
|---|---|

Counsel for Nelson Obus and the Relief Defendants:
Joel M. Cohen
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue, 47th Floor
New York, NY 10166


Dated: November 19, 2010

Respectfully submitted,

*/s/ Paul W. Kisslinger*
Paul W. Kisslinger
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-8010
(202) 551-4427
Counsel for Plaintiff/Appellant

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2010, I served the above Notice of Appeal to the above-indicated counsel of record, by UPS Overnight.

*/s/ Paul W. Kisslinger*
Paul W. Kisslinger
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-8010
(202) 551-4427