UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

                v.

NELSON OBUS, et al.,

                Defendants.

06 Civ. 3150 (GBD)

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
<u>PROPOSED VERDICT FORM</u>**

Paul W. Kisslinger
Kyle DeYoung
Jonathan Haray
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-4030
(tel) 202-551-4427 (Kisslinger)
(fax) 202-772-9246 (Kisslinger)

Dated:  March 26, 2014

# **VERDICT FORM**

1. Did Defendant Bradley Strickland violate Section 10(b) of the Securities Exchange Act and Exchange Act Rule 10b-5?

    **Yes:**_____   **No:**_____

2. Did Defendant Peter Black violate Section 10(b) of the Securities Exchange Act and Exchange Act Rule 10b-5?

    **Yes:**_____   **No:**_____

3. Did Defendant Nelson Obus violate Section 10(b) of the Securities Exchange Act and Exchange Act Rule 10b-5?

    **Yes:**_____   **No:**_____

Date:_____   _____
                                                        Foreperson