Pre-Trial Order Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :    06 Civ. 3150 (GBD)
                                       :
                    Plaintiff,         :    **ECF Case**
            v.                         :
                                       :    **DEFENDANTS' WITNESS LIST**
NELSON J. OBUS, et al.,                :
                    Defendants.        :
------------------------------------------------------------------x

      Defendants hereby submit their witness list for their case-in-chief.  Defendants reserve the right to call any of the individuals listed on plaintiff's Witness List, or any sur-rebuttal witnesses as defendants deem appropriate, whether or not plaintiff calls those individuals to testify at trial.  Defendants reserve the right to call any witness necessary to authenticate documents to which an authentication objection is made, and to testify about such documents.  Defendants reserve the right to offer summary witnesses to summarize voluminous records, and to object to witnesses, evidence, and argument offered by the plaintiff, notwithstanding whether the same, or similar, evidence and argument is offered by defendants by and through these and other witnesses.

      Defendants reserve the right to modify and amend this Witness List as necessary based on any amendments plaintiff makes to its Witness List, Exhibit List, and other pre-trial filings, as well as any rulings that the Court may make, including with respect to witnesses, evidence, or *in limine* motions.  Defendants reserve the right to call, and refrain from calling any witnesses, in any order, subject to Court rulings on evidentiary motions and as otherwise appropriate.

      Defendants intend to serve trial subpoenas on all witnesses not subpoenaed by Plaintiff.  For those witnesses who are unavailable under Fed. R. Civ. P. 32 and Fed. R. Evid. 804 at the time of trial, or as otherwise agreed by the parties or directed by the Court, Defendants may offer certain testimony via video deposition testimony.

*Securities and Exchange Commission v. Obus, et al.*
Defendants' Witness List (March 31, 2014)

| Name | Contact | May Call / Will Call | Deposition / Live |
|---|---|---|---|
| Abrams, Dan | 10 Westfield Circle<br>White Plains, NY 10583<br>Phone: 914-725-4599 | May Call | Live |
| Andrien, Maurice | c/o Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004-2541<br>Phone: 202-739-3000 | Will Call | Live |
| Batzer, Max | c/o Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-351-4000 | Will Call | Live |
| Beloreshki, Tsvetan | c/o Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-351-4000<br><br>c/o Cohen & Gresser LLP<br>800 Third Avenue<br>New York, NY 10022<br>Phone: 212-957-7601 | Will Call | Live |
| Black, Peter | c/o Cohen & Gresser LLP<br>800 Third Avenue<br>New York, NY 10022<br>Phone: 212-957-7601 | Will Call | Live |
| Brasser, William | c/o Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Phone: 212-909-6000 | Will Call | Live |
| Bruno, Baron | 1 Ironsides Street, #6<br>Marina Del Ray, CA 90292<br>Phone: 310-439-2565 | Will Call | Live |
| Corvino, Joseph | c/o Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004-2541<br>Phone: 202-739-3000 | May Call | Live |
| Haggerty, Michael | 344 Courtland Avenue<br>Harleysville, PA 19438<br>Phone: 215-256-1192 | May Call | Live |
| Landes, Joshua | c/o Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-351-4000 | Will Call | Live |
| Lustbader, Michael | c/o Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Phone: 212-909-6000 | Will Call | Live |

*Securities and Exchange Commission v. Obus, et al.*
Defendants' Witness List (March 31, 2014)

| Name | Contact | May Call / Will Call | Deposition / Live |
|---|---|---|---|
| Muldowney, William | c/o Ernest E. Badway<br>Saiber Schlesinger Satz & Goldstein, LLC<br>One Gateway Center, 13th Floor<br>Newark, NJ 07102<br>Phone: 973-622-3333 | May Call | Live |
| Obus, Nelson | c/o Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-351-4000 | Will Call | Live |
| Porten, Charles | c/o Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-351-4000<br><br>c/o Cohen & Gresser LLP<br>800 Third Avenue<br>New York, NY 10022<br>Phone: 212-957-7601 | Will Call | Live |
| Russell Jr., Daniel | c/o Law Office of Ralph Blasey<br>2200 Pennsylvania Ave., Suite 600 West<br>Washington, DC 20037<br>Phone: 202-721-6118 | Will Call | Live |
| Strickland, T. Bradley | c/o Sercarz & Riopelle, LLP<br>810 Seventh Avenue, Suite 620<br>New York, NY 10019<br>Phone: 212-586-4900 | Will Call | Live |
| Weber, Alan | 5 Evans Place<br>Armonk, NY 10504<br>Phone: 212-986-4800 | Will Call | Live |
| Wiles, Joseph | c/o Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Phone: 212-909-6000 | Will Call | Live |
| Zelkowicz, Stephen | c/o Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>Phone: 212-351-4000 | Will Call | Live |