UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

_____ x

The following Order is subject to the definitions, obligations and restrictions imposed
pursuant to Standing Order M10-468, as Revised. Upon submission of written application to
this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic
Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below
into the Courthouse for use in a proceeding or trial in the action
captioned____Securities and Exchange Commission v. Obus, et al._____

_____Case No. 1:06-cv-03150-GBD_____, No. _____.

The date(s) for which such authorization is provided is (are) May 19, 2014 - June 19, 2014 ____.

| Attorney | Device(s) |
|---|---|
| 1. Paul Kisslinger, Esq. | Blackberry, iPhone, Dell Laptop, Acer Laptop |
| 2. Kyle DeYoung, Esq. | Blackberry, iPhone, Dell Laptop |
| 3. Jonathan Haray, Esq. | Blackberry, iPhone, Dell Laptop |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering
the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs
constitutes a certification by the attorney that he or she will comply in all respects with the
restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:
**MAY 1 4 2014**

Dated: _____

_____
United States Judge

Revised: February 26, 2014

| Attorney | Device(s) |
|---|---|
| 4. Jan M. Folena, Esq. | Blackberry, iPhone, Dell Laptop |

| SEC Support Staff | Device(s) |
|---|---|
| 5. Melody Allen, Paralegal | Blackberry, Two Dell Laptops |
| 6. Jeremy Burdge, Paralegal (Contractor) | iPhone, Dell Laptop, TPAD T530 Laptop |
| 7. Timothy Brickell, Courtroom Presentation Specialist (Contractor) | Samsung Phone, Two Dell Laptops, 4-Port Switch, VGA Multiplier, HP OfficeJet 100 Printer |