UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
---------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 16 2014

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  Securities and Exchange Commission v. Obus, et al.
_____, No. 06-cv-3150.

The date(s) for which such authorization is provided is (are)  May 19, 2014 to June 19, 2014

| Attorney | Device(s) |
| --- | --- |
| 1. Mark S. Cohen, Esq. | 1) iPad; 1) iPhone |
| 2. Jonathan S. Abernethy, Esq. | 1) Laptop computer/ power adapter; 1) BlackBerry |
| 3. Reginald B. Schafer, Esq. | 1) iPad; 1) iPhone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: MAY 16 2014

_____
United States Judge

Revised: February 26, 2014